**[J-36-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 767 CAP |
| | : | |
| Appellee | : | Appeal from the Order dated May 23, |
| | : | 2018 in the Court of Common Pleas, |
| | : | York County, Criminal Division at No. |
| v. | : | CP-67-CR-0001762-1991. |
| | : | |
| | : | SUBMITTED: March 11, 2019 |
| PAUL GAMBOA TAYLOR, | : | |
| | : | |
| Appellant | : | |

**ORDER**

**PER CURIAM**                                    **DECIDED: November 6, 2019**

**AND NOW,** this 6th day of November, 2019, the order of the Court of Common Pleas is **AFFIRMED** by operation of law, as the votes among the participating Justices are equally divided.

Appellant's applications to correct omission from the record and to present oral argument are **DENIED**. With respect to appellant's application to waive conflict, a jurist's decision to recuse is a matter of individual discretion or conscience. *See Commonwealth v. O'Shea*, 567 A.2d 1023, 1034 (Pa. 1989); *In re Crawford's Estate*, 160 A. 585, 587 (Pa. 1931). As each member of this Court has resolved his or her own participation in this appeal, the application to waive conflict, as well as the application to file a reply in support thereof, are **DENIED**.

Chief Justice Saylor and Justices Baer and Todd did not participate in the consideration or decision of this matter.